**Electronically Filed**
**Intermediate Court of Appeals**
**29036**
**10-JUL-2013**
**08:41 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Plaintiffs-Appellees/Cross-Appellants, v.
MICHAEL BORNEMANN, M.D., Defendant-Appellant,
and PAZ FENG ABASTILLAS, also known as PAZ A.
RICHTER; ROBERT A. SMITH, personally; ROBERT A.
SMITH, Attorney at Law, a Law Corporation;
STANDARD MANAGEMENT, INC.; U.S. BANCORP MORTGAGE
COMPANY, an Oregon company; JOHN DOES 1-10;
JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10, Defendants

NO. 29036

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 93-3974)

ORDER
(By: Foley, Presiding, Leonard and Reifurth, JJ.)

Upon consideration of Appellees Kekonas' Motion for Reconsideration of ICA's May 31, 2013 Opinion filed on June 11, 2013, the memorandum in support, and Dr. Bornemann's opposition to motion for reconsideration filed on July 5, 2013, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, July 10, 2013.

Presiding Judge

Associate Judge

Associate Judge